UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| MEL O, | ) | |
| Plaintiff(s), | ) ) | Case No. 2:16-cv-01712-JCM-NJK |
| vs. | ) ) | ORDER |
| FLYNN GROUP, INC., | ) ) | |
| Defendant(s). | ) ) | |

Pending before the Court are Plaintiff's motions to compel discovery responses and to extend discovery deadlines, each filed on an emergency basis. Docket Nos. 25, 26. The Court hereby **ORDERS** Defendant to respond to both motions no later than May 5, 2017. Any replies shall be filed no later than May 8, 2017.

IT IS SO ORDERED.

DATED: May 1, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge