# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| MEL O, | ) |
| Plaintiff(s), | ) Case No. 2:16-cv-01712-JCM-NJK |
| | ) ORDER |
| FLYNN GROUP, INC., | ) (Docket No. 31) |
| Defendant(s). | ) |

On May 1, 2017, Plaintiff filed a motion to compel discovery responses on an emergency basis. Docket No. 26. On May 10, 2017, the Court denied Plaintiff's motion without prejudice for failure to satisfy the meet and confer requirements. Docket No. 30. The Court allowed Plaintiff until May 20, 2017 to engage in a proper meet and confer and file a renewed motion to compel. *Id.* Now pending before the Court is Plaintiff's renewed motion to compel. Docket No. 31. Defendant filed a response. Docket No. 32. No reply was filed. *See* Docket.

Plaintiff's counsel submits that despite calling and e-mailing opposing counsel multiple times beginning on May 11, 2017, she received no response until May 19, 2017, at 1:00 a.m. *See* Docket No. 31-11. Defendant's counsel attributes this delay to a tonsillectomy that he underwent on May 5, 2017, and resulting restrictions on his ability to work. Docket No. 32 at 14 n.8. Counsel met and

conferred via telephone on May 19, 2017.  *E.g.*, Docket No. 31-11 at 2-3.  This meet and confer session, during much of which Plaintiff was driving, was unsuccessful.  *See, e.g.*, *id.*, Docket No. 32 at 15.  Defendant's counsel ultimately offered to have another phone call between 2:00 and 3:00 p.m. on May 20, 2017, but Plaintiff's counsel did not respond to this offer.  *See* Docket Nos. 31-8 at 2, 31-11 at 3.

The Court is thus not persuaded that its intervention is appropriate at this time.  The Court therefore **ORDERS** the parties to engage in a proper meet and confer, no later than June 23, 2017. If the meet and confer is unsuccessful, Plaintiff may file a renewed motion to compel no later than June 30, 2017.  Any renewed motion shall set forth with particularity each disputed discovery request, the response to each request, and Plaintiff's position as to the request and the response.

IT IS SO ORDERED.

DATED:  June 16, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge